IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYNTHES, INC. and | : | CIVIL ACTION |
| DEPUY SYNTHES SALES, INC. | : | |
| | : | |
| v. | : | |
| | : | |
| GREGORY KNAPP | : | NO. 13-3285 |

## ORDER

**AND NOW**, this 11th day of October, 2013, upon consideration of the Defendant Gregory Knapp's Motion to Dismiss Plaintiffs' Complaint or, In the Alternative, to Stay or Transfer the Action (Document No. 12), the plaintiffs' response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks to dismiss or stay this action, it is **DENIED**;

2. To the extent the motion seeks to transfer this action, it is **GRANTED**; and

3. This action is **TRANSFERRED** to the United States District Court for the Eastern District of California.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.