1  BLANK ROME LLP
   Howard M. Knee (SBN 55048)
2  2029 Century Park East, 6th Floor
   Los Angeles, CA  90067
3  Telephone:  424.239.3400
   Facsimile:   424.239.3434
4
   BLANK ROME LLP
5  Anthony Haller (*admitted pro hac vice*)
   Scott F. Cooper (*admitted pro hac vice*)
6  Andrew B. Cohen (*admitted pro hac vice*)
   One Logan Square
7  130 North 18th Street
   Philadelphia, PA 19103
8  Telephone:  215.569.5690
   Facsimile:   215.832.5690
9
   *Attorneys for Plaintiffs Synthes, Inc. and*
10 *DePuy Synthes Sales, Inc.*

11 SEGAL & ASSOCIATES, P.C.
   John T. Kinn (SBN 130270)
12 400 Capitol Mall, Suite 2550
   Sacramento, CA  95814
13 Telephone:  916.441.0886

14 THE MCSHEA LAW FIRM
   John P. McShea (*admitted pro hac vice*)
15 1500 Market Street
   Center Square, Suite 4000
16 Philadelphia, PA  19102
   Telephone:  215.599.0800
17 Facsimile:  215.599.0888

18 *Attorneys for Defendant Gregory Knapp*

19                    **UNITED STATES DISTRICT COURT**

20                     **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYNTHES, INC. AND DEPUY SYNTHES SALES, INC., | Case No. 2:13-cv-02261-MCE-DAD |
| Plaintiffs / Counterclaim-Defendants, | **STIPULATED ORDER AMENDING PRETRIAL SCHEDULING ORDER** |
| vs. | |
| GREGORY KNAPP, | |
| Defendant / Counterclaim-Plaintiff. | |

1  WHEREAS, on September 4, 2014, the Court entered a Pretrial Scheduling Order (the "Scheduling Order"), scheduling a fact discovery deadline of April 22, 2015 (ECF No. 41);

WHEREAS, on January 29, 2015, DePuy Synthes filed its Motion to Compel Production of Documents from Third-Party K2M, Inc. (the "Motion"), which is noticed to be heard on February 20, 2015. (ECF No. 46);

WHEREAS, on February 3, 2015, all parties and third-party K2M met and conferred regarding rescheduling depositions in this matter until after resolution of DePuy Synthes' Motion;

WHEREAS this is the first request for an extension of any deadlines in the Scheduling Order;

WHEREAS, the parties' request for an extension of the fact discovery deadline will not affect any other deadlines in the Scheduling Order;

NOW, THEREFORE, the parties STIPULATE and AGREE to amend the Order to extend the deadline for fact discovery as follows:  (i) if the Court denies the Motion, then fact discovery will be extended until sixty days from the date of that Order; or (ii) if the Court grants the Motion, then fact discovery will be extended until eighty days[1] from the date of that Order.  If any party or non-party objects to or seeks reconsideration of the Magistrate Judge's Findings and Recommendations pursuant to Local Rules 303 or 304, then these deadlines will be tolled until such objections or requests for reconsideration are resolved.

---

[1] The additional twenty (20) days of discovery corresponds to the amount of time that would be afforded to K2M, Inc. if the Court grants the relief requested in the proposed order accompanying DePuy Synthes' Motion.  (ECF No. 46-1)

090725.02356/12480970v.4

**PROPOSED STIPULATED ORDER AMENDING PRETRIAL SCHEDULING ORDER**

IT IS SO STIPULATED:

| | |
|---|---|
| BLANK ROME LLP | SEGAL & ASSOCIATES, P.C. |
| By: /s/ Scott F. Cooper<br>Anthony B. Haller<br>Howard M. Knee<br>Scott F. Cooper<br>Andrew B. Cohen | By: /s/ John T. Kinn<br>John T. Kinn<br><br>THE MCSHEA LAW FIRM<br><br>By: /s/ John P. McShea<br>John P. McShea |
| *Attorneys for Plaintiffs Synthes, Inc. and DePuy Synthes Sales, Inc.* | *Attorneys for Defendant Gregory Knapp* |

IT IS SO ORDERED:

DATED: FEBRUARY 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

090725.02356/12480970v.4

2

**PROPOSED STIPULATED ORDER AMENDING PRETRIAL SCHEDULING ORDER**