UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNTHES, INC. AND DEPUY SYNTHES SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY KNAPP, <br><br> Defendant. | No.  2:13-cv-2261 MCE DAD <br><br><br> ORDER |

On February 20, 2015, this matter came before the undersigned for hearing of plaintiffs' motion to compel.  Attorneys Scott Cooper and Andrew Cohen appeared in person on behalf of the plaintiffs.  Attorney John McShea appeared telephonically on behalf of the defendant and attorney John Kim appeared in person also on behalf of the defendant.  Attorney Shannon Sutherland appeared in person on behalf of third party K2M, Inc.

/////

/////

/////

/////

/////

/////

/////

1

1  Upon consideration of the arguments on file and at the hearing, and for the reasons set
2  forth on the record at the hearing, IT IS HEREBY ORDERED that plaintiffs' motion to compel
3  (Dkt. No. 46) is granted as more fully stated on the record.[1]
4  Dated:  March 6, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil
synthes2261.oah.022015

---

[1] In particular, the production of Mr. Knapp's commission statements and sales data shall be limited to two year' prior to his employment with K2M, Inc., to the present.