BLANK ROME LLP
Howard M. Knee (SBN 55048)
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

BLANK ROME LLP
Anthony Haller (*admitted pro hac vice*)
Scott F. Cooper (*admitted pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone:  215.569.5690
Facsimile:   215.832.5690

*Attorneys for Plaintiffs Synthes, Inc. and DePuy Synthes Sales, Inc.*

SEGAL & ASSOCIATES, P.C.
John T. Kinn (SBN 130270)
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: 916.441.0886

THE MCSHEA LAW FIRM
John P. McShea (*admitted pro hac vice*)
1500 Market Street
Center Square, Suite 4000
Philadelphia, PA  19102
Telephone: 215.599.0800
Facsimile: 215.599.0888

*Attorneys for Defendant Gregory Knapp*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNTHES, INC. AND DEPUY SYNTHES SALES, INC., <br><br>Plaintiffs / Counterclaim-Defendants, <br><br>vs. <br><br>GREGORY KNAPP, <br><br>Defendant / Counterclaim-Plaintiff. | Case No. 2:13-CV-02261-MCE-DB <br><br>**STIPULATION AND ORDER MODIFYING AMENDED PRETRIAL SCHEDULING ORDER BY EXTENDING TIME FOR SUPPLEMENTAL EXPERT DESIGNATIONS** |

WHEREAS, on June 9, 2016, the Court entered its Amended Pretrial Scheduling Order (the "Order") requiring initial written expert designations no later than August 12, 2016 (ECF No. 68);

**STIPULATED ORDER MODIFYING AMENDED PRETRIAL SCHEDULING ORDER**

WHEREAS, the parties require a short extension of the September 1, 2016 deadline for supplemental expert designations to exchange information and complete related reports;

NOW, THEREFORE, all parties STIPULATE and AGREE to modify the Order to extend the date for designating a supplement list of expert witnesses through September 30, 2016 in order to permit the parties to exchange information and prepare related reports.

IT IS SO STIPULATED:

Dated:  August 25, 2016.

| BLANK ROME LLP | SEGAL & ASSOCIATES, P.C. |
|---|---|
| By: /s/ Scott F. Cooper<br>Anthony B. Haller<br>Howard M. Knee<br>Scott F. Cooper | By: /s/ John T. Kinn<br>John T. Kinn<br><br>THE MCSHEA LAW FIRM |
| *Attorneys for Plaintiffs Synthes, Inc. and DePuy Synthes Sales, Inc.* | By: /s/ John P. McShea<br>John P. McShea<br><br>*Attorneys for Defendant Gregory Knapp* |

IT IS SO ORDERED.

Dated:  August 30, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
**STIPULATED ORDER AMENDING PRETRIAL SCHEDULING ORDER**