BLANK ROME LLP
Howard M. Knee (SBN 55048)
Knee@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

BLANK ROME LLP
Scott F. Cooper (*admitted pro hac vice*)
Cooper@blankrome.com
Ann E. Querns (*admitted pro hac vice*)
AQuerns@blankrome.com
Anthony Haller (*admitted pro hac vice*)
Haller@blankrome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone:  215.569.5690
Facsimile:   215.832.5690

*Attorneys for Plaintiffs/Counterclaim Defendants Synthes, Inc. And DePuy Synthes Sales, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNTHES, INC. AND DEPUY SYNTHES SALES, INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>GREGORY KNAPP,<br><br>                    Defendants. | Case No. 2:13-cv-02261-MCE-DAD<br><br>**ORDER GRANTING IN PART PLAINTIFFS'/COUNTERCLAIM DEFENDANTS' REQUEST TO SEAL DOCUMENTS**<br><br>Date:    10/20/2016<br>Time:   2:00 p.m.<br>Place:   7, 14th Floor<br>Judge:  Morrison C. England, Jr. |

The Court, having considered all papers submitted, the arguments of counsel, and good cause appearing therefore, it is hereby ORDERED as follows:

1.  Knapp Summary Judgment Exhibits 17 and 25 and the corresponding portions of the Undisputed Facts are filed under seal until the conclusion of this case

and all appeals thereafter, or until an Order is entered by the Court unsealing the documents;

2. Knapp Summary Judgment Exhibits 2, 4, 10, 35, and 40 and the corresponding portions of the Undisputed Facts shall remain until seal subject to the following:

    a. The Parties shall meet and confer on or before December 1, 2016, to determine whether all or any portion of these exhibits should be filed under seal;

    b. The Parties shall advise the Court in a joint submission on or before December 8, 2016 of any documents the Parties individually or jointly believe should be filed under seal in whole or part and the basis for such.

3. All other Summary Judgment Exhibits Mr. Knapp filed shall not be filed under seal.

4. The transcripts that Mr. Knapp sent to the Court with his filing of October 20, 2016, shall also remain under seal pending the same procedure and dates set forth in Paragraph 2 of this Order.

5. To the extent Synthes seeks to file any material under seal related to its opposition to Mr. Knapp's Motion for Summary Judgment, it shall use the same process set forth in Paragraph 2 of this Order.

**IT IS SO ORDERED.**

**Dated: November 3, 2016**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE