BLANK ROME LLP
Howard M. Knee (SBN 55048)
Knee@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

BLANK ROME LLP
Scott F. Cooper (*admitted pro hac vice*)
Cooper@blankrome.com
Ann E. Querns (*admitted pro hac vice*)
aquerns@blankrome.com
Anthony Haller (*admitted pro hac vice*)
Haller@blankrome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: 215.569.5690
Facsimile: 215.832.5690

*Attorneys for Plaintiffs/Counterclaim Defendants Synthes, Inc. And DePuy Synthes Sales, Inc.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYNTHES, INC. AND DEPUY SYNTHES SALES, INC., <br><br>　　　　　　　Plaintiff, <br><br>　vs. <br><br>GREGORY KNAPP, <br><br>　　　　　　　Defendants. | Case No. 2:13-cv-02261-MCE-DAD <br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT GREGORY KNAPP'S SUMMARY JUDGMENT MOTION** |

WHEREAS, on June 9, 2016, the Court entered a Pretrial Scheduling Order, setting the deadline for dispositive motions to be heard on or before December 15, 2016 (ECF No. 68);

WHEREAS, pursuant to such order, Defendant Gregory Knapp filed a Motion for Summary Judgment on October 20, 2016 (ECF No. 77);

WHEREAS pursuant to the Court's Pretrial Scheduling Order, Plaintiffs' Synthes, Inc.'s and Depuy Synthes Sales, Inc.'s opposition to such motion is due on November 10, 2016;

WHEREAS, pursuant to the Court's Pretrial Scheduling Order, Defendants reply in support of such motion is due on November 24, 2016;

WHEREAS, the parties wish to receive a limited extension in the time they have to file their opposition and reply related to Defendants' Motion for Summary Judgment, without postponing the hearing date of December 15, 2016;

NOW, THEREFORE, the parties STIPULATE and AGREE to amend the briefing schedule as follows:

(i) Plaintiffs' Synthes, Inc.'s and Depuy Synthes Sales, Inc.'s opposition to Defendant's Motion for Summary Judgment (ECF No. 77) is due on November 17, 2016;

(ii) Defendant Gregory Knapp's Reply in Support of his Motion for Summary Judgment (ECF No. 77) is due December 5, 2016.

IT IS SO STIPULATED:

090725.02356/103940227v.1

**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT GREGORY KNAPP'S SUMMARY JUDGMENT MOTION**

| | |
|---|---|
| BLANK ROME LLP | SEGAL & ASSOCIATES, P.C. |
| By:  /s/ Scott F. Cooper<br>      Anthony B. Haller<br>      Howard M. Knee<br>      Scott F. Cooper | By:  /s/ John T. Kinn<br>      John T. Kinn<br><br>THE MCSHEA LAW FIRM |
| *Attorneys for Plaintiffs Synthes, Inc. and DePuy Synthes Sales, Inc.* | By:  /s/ John P. McShea<br>      John P. McShea<br><br>*Attorneys for Defendant Gregory Knapp* |

IT IS SO ORDERED:

DATED:  November 9, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

090725.02356/103940227v.1

2

**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT GREGORY KNAPP'S SUMMARY JUDGMENT MOTION**