BLANK ROME LLP
Howard M. Knee (SBN 55048)
Knee@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:     424.239.3400
Facsimile:     424.239.3434

BLANK ROME LLP
Scott F. Cooper (*admitted pro hac vice*)
Cooper@blankrome.com
Ann E. Querns (*admitted pro hac vice*)
AQuerns@blankrome.com
Anthony Haller (*admitted pro hac vice*)
Haller@blankrome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: 215.569.5690
Facsimile: 215.832.5690
*Attorneys for Plaintiffs/Counterclaim Defendants Synthes, Inc. And DePuy Synthes Sales, Inc.*

SEGAL & ASSOCIATES, P.C.
John T. Kinn (SBN 130270)
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: 916.441.0886

THE MCSHEA LAW FIRM
John P. McShea (*admitted pro hac vice*)
1500 Market Street
Center Square, Suite 4000
Philadelphia, PA  19102
Telephone: 215.599.0800
Facsimile: 215.599.0888
*Attorneys for Defendant Gregory Knapp*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYNTHES, INC. AND DEPUY SYNTHES SALES, INC.,<br><br>                Plaintiff,<br><br>    vs.<br><br>GREGORY KNAPP,<br><br>                Defendants. | Case No. 2:13-cv-02261-MCE-DAD<br><br>**ORDER GRANTING THE PARTIES' REQUEST TO SEAL DOCUMENTS** |

**ORDER GRANTING THE PARTIES' JOINT REQUEST TO SEAL DOCUMENTS**

The Court, having considered all papers submitted, the arguments of counsel, and good cause appearing therefore, it is hereby ORDERED as follows:

1. Select Portions of Knapp Summary Judgment Exhibits 2, 4, 10, 35, and 40 and the corresponding portions of the Knapp's Undisputed Statement of Facts, Synthes' Response to Knapp's Undisputed Statement of Facts, and Synthes's Statement of Disputed Facts are filed under seal until the conclusion of this case and all appeals thereafter, or until an Order is entered by the Court unsealing the documents.

2. Select Portions of Synthes's Summary Judgment Exhibits A, B, and D and the corresponding portions of the Knapp's Undisputed Statement of Facts, Synthes' Response to Knapp's Undisputed Statement of Facts, and Synthes's Statement of Disputed Facts are filed under seal until the conclusion of this case and all appeals thereafter, or until an Order is entered by the Court unsealing the documents.

3. Knapp's Summary Judgement Exhibit 33 and Synthes's Summary Judgment Exhibits G, H, I, J, K, N, P, Q and R and the corresponding portions of the Knapp's Undisputed Statement of Facts, Synthes' Response to Knapp's Undisputed Statement of Facts, and Synthes's Statement of Disputed Facts are filed under seal until the conclusion of this case and all appeals thereafter, or until an Order is entered by the Court unsealing the documents.

4. Within ten (10) days of the date of this Order, the Parties shall file redacted copies of the following documents on the CM/ECF system Knapp's Undisputed Statement of Facts, Synthes' Response to Knapp's Undisputed Statement of Facts, and Synthes's Statement of Disputed Facts—and all accompanying exhibits.

**IT IS SO ORDERED.**

**Dated:  January 5, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE