BLANK ROME LLP
Howard M. Knee (SBN 55048)
Knee@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434
BLANK ROME LLP

Scott F. Cooper (*admitted pro hac vice*)
Cooper@blankrome.com
Ann E. Querns (*admitted pro hac vice*)
AQuerns@blankrome.com
Anthony Haller (*admitted pro hac vice*)
Haller@blankrome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: 215.569.5690
Facsimile: 215.832.5690
*Attorneys for Plaintiffs/Counterclaim Defendants Synthes, Inc. And DePuy Synthes Sales, Inc.*


SEGAL & ASSOCIATES, P.C.
John T. Kinn (SBN 130270)
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: 916.441.0886

THE MCSHEA LAW FIRM
John P. McShea (*admitted pro hac vice*)
1500 Market Street
Center Square, Suite 4000
Philadelphia, PA 19102
Telephone: 215.599.0800
Facsimile: 215.599.0888

*Attorneys for Defendant Gregory Knapp*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYNTHES, INC. AND DEPUY SYNTHES SALES, INC., <br><br> Plaintiffs / Counterclaim-Defendants, <br><br> vs. <br><br> GREGORY KNAPP, <br><br> Defendant / Counterclaim-Plaintiff. | Case No. 2:13-cv-02261-MCE <br><br> **PROPOSED STIPULATED ORDER AMENDING PRETRIAL SCHEDULING ORDER** |

**PROPOSED STIPULATED ORDER AMENDING PRETRIAL SCHEDULING ORDER**

WHEREAS, on September 2, 2016, the Court entered an Amended Pretrial Scheduling Order, extending the deadline by which the parties must designate supplemental experts until September 30, 2016 (ECF No. 75);

WHEREAS, on November 2, 2016, the Court upon its own motion vacated the April 20, 2017 final pretrial conference and June 12, 2017 jury trial and further ordered the parties must file a Joint Notice of Trial Readiness within thirty (30) days of receiving the Court's ruling on the pending dispositive motion (ECF No. 81);

WHEREAS, the parties have exchanged expert reports but have not yet conducted expert depositions;

WHEREAS, the parties have agreed that all positions and defenses related to the measuring period for any damages are fully preserved until decided by the Court;

NOW, THEREFORE, to avoid unnecessary expense to the parties if the pending dispositive motion is granted, the parties respectfully request the Court to extend the time for which the parties must file a Joint Notice of Trial Readiness to be within ninety (90) days of the date of the Court's ruling on the pending dispositive motion, with expert depositions to occur within forty (40) days of the Court's ruling on the pending dispositive motion.

IT IS SO STIPULATED:

| BLANK ROME LLP | SEGAL & ASSOCIATES, P.C. |
|---|---|
| By: /s/ Scott F. Cooper<br>Anthony B. Haller<br>Howard M. Knee<br>Scott F. Cooper | By: /s/ John T. Kinn<br>John T. Kinn |

*Attorneys for Plaintiffs Synthes, Inc. and DePuy Synthes Sales, Inc.*

THE MCSHEA LAW FIRM

By:   /s/ John P. McShea
       John P. McShea

*Attorneys for Defendant Gregory Knapp*
*E-Filed February 2, 2017*

IT IS SO ORDERED.

Dated:  February 13, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**PROPOSED STIPULATED ORDER AMENDING PRETRIAL SCHEDULING ORDER**