1  BLANK ROME LLP
   Howard M. Knee (SBN 55048)
2  2029 Century Park East, 6th Floor
   Los Angeles, CA  90067
3  Telephone:   424.239.3400
   Facsimile:    424.239.3434
4
   BLANK ROME LLP
5  Anthony Haller (*admitted pro hac vice*)
   Scott F. Cooper (*admitted pro hac vice*)
6  Ann E. Querns (*admitted pro hac vice*)
   One Logan Square
7  130 North 18th Street
   Philadelphia, PA 19103
8  Telephone:   215.569.5690
   Facsimile:    215.832.5690
9
   HANSON BRIDGETT LLP
10 Andrew W. Stroud
   Astroud@hansonbridgett.com
11 500 Capitol Mall, Suite 1500
   Sacramento, CA 95814
12 Telephone: 916.491.3050
   Facsimile:  316.491.3074
13
   *Attorneys for Plaintiffs/Counterclaim
14 Defendants Synthes, Inc. and DePuy
   Synthes Sales, Inc.*
15
   SEGAL & ASSOCIATES, P.C.
16 John T. Kinn (SBN 130270)
   400 Capitol Mall, Suite 2550
17 Sacramento, CA  95814
   Telephone:  916.441.0886
18
   THE MCSHEA LAW FIRM
19 John P. McShea (*admitted pro hac vice*)
   1500 Market Street
20 Center Square, Suite 4000
   Philadelphia, PA  19102
21 Telephone:  215.599.0800
   Facsimile:  215.599.0888
22
   *Attorneys for Defendant/Counterclaim
23 Plaintiff Gregory Knapp*

24                  **UNITED STATES DISTRICT COURT**

25                   **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 26 SYNTHES, INC. AND DEPUY SYNTHES SALES, INC., | Case No. 2:13-cv-02261-MCE |
| 27 | |
| Plaintiffs / Counterclaim-Defendants, | **STIPULATION OF DISMISSAL** |
| 28 | |
| vs. | |

**STIPULATION OF DISMISSAL**

GREGORY KNAPP,

    Defendant / Counterclaim-Plaintiff.

This Stipulation of Dismissal is entered into by and between Plaintiffs / Counterclaim-Defendants, Synthes, Inc. and DePuy Synthes Sales, Inc. ("Plaintiffs"), and Defendant / Counterclaim-Plaintiff, Gregory Knapp ("Defendant") (Plaintiffs and Defendant collectively "the Parties").

The Parties, having executed a written Confidential Settlement Agreement and Limited Mutual Release, hereby stipulate and agree to the dismissal of the above-captioned action in its entirety with prejudice, with each party bearing its own attorneys' fees and costs, past, present, and future.

IT IS SO STIPULATED:

| BLANK ROME LLP | SEGAL & ASSOCIATES, P.C. |
|---|---|
| By:   /s/ Howard M. Knee<br>      Anthony B. Haller<br>      Howard M. Knee<br>      Scott F. Cooper | By:   /s/ John T. Kinn<br>      John T. Kinn<br><br>THE MCSHEA LAW FIRM |
| *Attorneys for Plaintiffs/Counterclaim Defendants Synthes, Inc. and DePuy Synthes Sales, Inc.* | By:   /s/ John P. McShea<br>      John P. McShea<br><br>*Attorneys for Defendant/Counterclaim Plaintiff Gregory Knapp* |

2
**STIPULATION OF DISMISSAL**

# ORDER

Pursuant to the stipulation of the parties and good cause having been shown, this action is hereby DISMISSED in its entirety with prejudice, each party to bear its own attorneys' fees and costs, past, present, and future. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 15, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE